**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-00955-001-TUC-JCH (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Jared Isiah Varela, | |
| Defendant. | |

Before the Court is the Report and Recommendation ("R&R"), (Doc. 80), issued by Magistrate Judge Eric J. Markovich, addressing Defendant Jared Isiah Varela's "Motion to Cure Duplicitous Indictment" ("Motion"). (Doc. 38.) Defendant's Motion contends that Count Two in the indictment impermissible charged two separate criminal offenses in one count: strangling and attempting to strangle. (*See* Doc. 80 at 1.) Judge Markovich issued his R&R on June 17, 2022, recommending this Court grant the Motion and provide an unanimity instruction at trial requiring all jurors to agree as to whether the defendant is guilty of assault by strangling, or assault by attempting to stranger under 18 U.S.C. § 113(a)(8). (Doc. 80 at 15–16). No objection was filed. The Court **adopts** the R&R in full.

When reviewing a magistrate judge's Report and Recommendation, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate

judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

Here, the deadline for filing objections was on July 1, 2022. However, no objection was filed and neither party requested additional time to do so. Consequently, the Court may adopt the R&R on that basis alone. *See Reyna–Tapia*, 328 F.3d at 1121. The Court has reviewed the record and concludes that Judge Markovich's recommendation is thorough and well-reasoned. The R&R is not clearly erroneous. *See* 28 U.S.C. § 636(b)(1).

Accordingly,

**IT IS ORDERED ADOPTING IN FULL** Judge Markovich's R&R (Doc. 80).

**IT IS FURTHER ORDERED GRANTING** Defendant's Motion to Cure Duplicitous Indictment (Doc. 38). The parties are directed to mutually propose an unanimity instruction, to be included with the joint jury instructions, due on or before Monday, October 10, 2022, as directed in the Final Scheduling Order. (Doc. 88.)

Dated this 27th day of September, 2022.

_____
Honorable John C. Hinderaker
United States District Judge